```
       IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                          NO. 4:08CR00367-001 SWW

KEITH RANDALL ROWE

### ORDER

It has come to the Court's attention that the Judgment & Commitment entered on January 5, 2009, in the above matter contains a clerical error on Page 3 and should indicate that the drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

IT IS THEREFORE ORDERED that Page 3 of the Judgment & Commitment [doc #11], in the above matter hereby is amended to indicate the drug testing condition is suspended.

IT IS SO ORDERED this 14th day of January 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE